SEALED



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2016-1
MARCH 21, 2017 SESSION

FILED
MAR 21 2017
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:17-00048

STEVEN LEE RHODES

18 U.S.C. § 2252A(a)(2)
18 U.S.C. § 2252A(a)(5)(B)
18 U.S.C. § 2252A(b)(1)
18 U.S.C. § 2252A(b)(2)

# I N D I C T M E N T

The Grand Jury Charges:

## COUNT ONE

On or about April 30, 2015, at or near Elkview, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN LEE RHODES did knowingly distribute and attempt to distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT TWO

On or about May 1, 2015, at or near Clendenin, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN LEE RHODES did knowingly distribute and attempt to distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT THREE

On or about May 2, 2015, at or near Clendenin, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN LEE RHODES did knowingly distribute and attempt to distribute child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FOUR

On or about June 4, 2015, at or near Clendenin, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN LEE RHODES did knowingly receive child pornography, as defined in 18 U.S.C. § 2256(8)(A), that had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, using a means and facility of interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 2252A(a)(2) and 2252A(b)(1).

## COUNT FIVE

On or about June 10, 2015, at or near Clendenin, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant STEVEN LEE RHODES did knowingly possess material, that is, computer graphic image files, containing images and videos of child pornography, as defined in 18 U.S.C. § 2256(8)(A), that involved prepubescent minors and which had been shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

CAROL A. CASTO
United States Attorney

By: /s/ Lisa G. Johnston
LISA G. JOHNSTON
Assistant United States Attorney