# District Judge Daybook Entry

United States District Court - Southern District of West Virginia at Charleston
Date: 8/21/2017                                                             Case Number 2:17-cr-00048
Case Style: USA v. Steven Lee Rhodes
Type of hearing Plea Hearing
Before the honorable: 2508-Copenhaver
Court Reporter Lisa Cook                                          Courtroom Deputy Kelley Miller
Attorney(s) for the Plaintiff or Government Lisa G. Johnston

Attorney(s) for the Defendant(s) Lex A. Coleman

Law Clerk                                                         Probation Officer Michele Wentz

## Trial Time

## Non-Trial Time

Plea Hearing

## Court Time

3:33 pm  to 4:23 pm
Total Court Time: 0 Hours 50 Minutes Non-Trial Time/Uncontested Time

## Courtroom Notes

3:30 case set

3:33 - case called - purpose of hearing for defendant to enter plea to Count Four of the five-count indictment pursuant to plea agreement - defense counsel agrees that is correct

Defendant gave personal information

Court read Count Four - defendant understands

Court gave elements - defendant understands

Court explained provisions of plea agreement

Court explained constitutional rights

Guilty plea received and filed

Court found a factual basis for the plea - the court deferred acceptance of the plea and plea agreement pending review of the presentence report

Directed presentence investigation - sentencing set for 1:30 p.m. on November 14, 2017

Defendant remanded

4:23 concluded